**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-21357-BLOOM/Elfenbein**

JASON M. LAKATOS,

     Plaintiff,

v.

ENVISION HEALTHCARE,
HCA HEALTHCARE,

     Defendants.

_____/

## ORDER GRANTING MOTION TO STAY DISCOVERY

**THIS CAUSE** is before the Court upon Defendant Florida IPS Medical Services, LLC's ("Defendant") Motion to Stay Discovery ("Motion"). ECF No. [64]. On February 10, 2025, Plaintiff Jason M. Lakatos ("Dr. Lakatos") filed a Notice of Non-Opposition to Defendant's Motion to Stay Discovery. ECF No. [70]. In light of the Parties' agreement on the Motion, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Stay Discovery, **ECF No. [64]** is **GRANTED**. Discovery is stayed pending the resolution of Defendant's Motion to Dismiss. ECF No. [63].

2. In light of the stay of discovery, the Parties are advised that the Scheduling Order, ECF No. [27], may be subject to change.

Case No. 24-cv-21357-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 11, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2